UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00025 (rev 04/2015)

In re:

**Ronald Eugene Hunger**,                                        Case No. **05–94521–BHL–13**
**Malena Joyce Hunger**,
                    Debtors.

## NOTICE OF INCOMPLETE FILING

TO: Dilks & Knopik, LLC

**NOTICE IS GIVEN** that the following has not been filed or has been filed incorrectly:

- A $25.00 filing fee for the Transfer of Claim filed on March 28, 2016

**NOTICE IS FURTHER GIVEN** that failure to file the above items by **April 4, 2016**, may result in the striking of the incomplete filing or the dismissal of this case without further notice.

Dated:  March 28, 2016                          Kevin P. Dempsey
                                                Clerk, U.S. Bankruptcy Court